UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS IN ADMIRALTY

THE CONTINENTAL CASUALTY
COMPANY,

    Plaintiff,

v.                                                         C.A. No. 05-11688-WGY

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal
Representative of the Estate
of Kenneth J. Murray, ROBERT
BRUNISH, JOE MAZUREK, PAUL
HELMELE, and RICHARD WEZEO

    Defendant.

## WAIVER OF SERVICE OF SUMMONS

To: Michael T. Farley, Esq.

    I acknowledge receipt of your request that I waive service of a summons in the action of The Continental Casualty Company V. Estate Of Kenneth J. Murray, John J. Murray as Personal Representative of the Estate of Kenneth J. Murray, Robert Brunish, Joe Mazurek, Paul Helmle, and Richard Wezeo which is case number 05-11688WGY in the United States District Court for the District of Massachusetts in Admiralty. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 21 is not served upon you within sixty (60) days after August 30, 2005.

_9/7/05_                                                     _[signature]_
DATE                                                       SIGNATURE

                                                                 _Bob Brunish_
                                                      PRINT NAME

596389v1

≊AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

THE CONTINENTAL CASUALTY
COMPANY,

              V.

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal Representative
of the Estate of KENNETH J. MURRAY, ROBERT
BRUNISH, JOE MAZUREK, PAUL HELMLE,
and RICHARD WEZEO,

**SUMMONS IN A CIVIL ACTION**

# 05 - 11688 WGY

CASE NUMBER:

TO:  Robert Brunish
      441 North York Street
      Pottstown, PA  19464

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Michael T. Farley
      Morrison Mahoney LLP
      121 South Main Street, Suite 600
      Providence, RI  02903

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_____
(By) DEPUTY CLERK

DATE  AUG 15 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                 Signature of Server

                                             _____
                                             Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.