UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS IN ADMIRALTY

THE CONTINENTAL CASUALTY
COMPANY,

    Plaintiff,

v.

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal
Representative of the Estate
of Kenneth J. Murray, ROBERT
BRUNISH, JOE MAZUREK, PAUL
HELMELE, and RICHARD WEZEO

    Defendants.

C.A. No.
05-11688-WGY

## WAIVER OF SERVICE OF SUMMONS

To: Michael T. Farley, Esq.

    I acknowledge receipt of your request that I waive service of a summons in the action of The Continental Casualty Company V. Estate Of Kenneth J. Murray, John J. Murray as Personal Representative of the Estate of Kenneth J. Murray, Robert Brunish, Joe Mazurek, Paul Helmle, and Richard Wezeo which is case number 05-11688WGY in the United States District Court for the District of Massachusetts in Admiralty. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4.

    I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me if an answer or motion under Rule 21 is not served upon you within sixty (60) days after August 30, 2005.

_September 10th 2005_
DATE

_Richard H.B. Wezel_
SIGNATURE

_Richard H.B. Wezel_
PRINT NAME

595910v1

# AFFIDAVIT

BE IT ACKNOWLEDGED, that Richard H.B. Wezel of 977 Spring City Road; Phoenixville, Pennsylvania the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

That he was a paying passenger aboard a 1988 25' Stieger Craft Power Vessel owned and operated by the decedent Kenneth J. Murray. On 19 June 2005, this boat was involved in an accident off of Martha's Vineyard, in which the owner of the vessel Kenneth Murray drowned. I, Richard H.B. Wezel, hereby release and will hold harmless The Continental Casualty Company; the Estate of Kenneth J. Murray, John J. Murray as Personal Representative from any and all claims present and future as a result of this accident.

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 10th day of September (year) 2005.

Signature of Witness: Elaine L. Wezel
Name of Witness: Elaine L. Wezel
Address of Witness: 977 Spring City Road, Phoenixville, PA 19460

Signature of Deponent: Richard H.B. Wezel
Name of Deponent: Richard H.B. Wezel
Address of Deponent: 977 Spring City Road, Phoenixville PA, 19460

STATE OF PA
COUNTY OF Montgomery

On 9/10/05 before me, _____ personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____

Affiant ✓ Known ____ Unknown
ID Produced _____

(Seal)
Notarial Seal
Steven J. Wezel, Notary Public
Lower Pottsgrove Twp., Montgomery County
My Commission Expires Jan. 29, 2006
Member, Pennsylvania Association of Notaries

ZZHHAHAQ

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

THE CONTINENTAL CASUALTY
COMPANY,

V.

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal Representative
of the Estate of KENNETH J. MURRAY, ROBERT
BRUNISH, JOE MAZUREK, PAUL HELMLE,
and RICHARD WEZEO.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11688WGY

TO: Richard Wezeo
977 Spring City Road
Phoenixville, PA  19460

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Farley
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI  02903

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  AUG 15 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                     Signature of Server

                              _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.