1001-9626/9959/BoatUS/CNA/SEG

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

THE CONTINENTAL CASUALTY
COMPANY,

   Plaintiff,

v.                                                                       C.A. No. 05-11688WGY

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal
Representative of the Estate
of Kenneth J. Murray, ROBERT
BRUNISH, JOE MAZUREK, PAUL
HELMLE, and RICHARD WEZEO,

   Defendants.

## EMERGENCY MOTION TO AMEND CAPTION IN TWO RESPECTS AND FOR EXTENSION OF TIME TO SERVE THE ESTATE OF KENNETH MURRAY

**I.**    **Motion to Amend Caption**

Now comes the plaintiff, The Continental Casualty Company, and pursuant to Rule 8(f), requests that this Honorable Court allow the plaintiff to 1) identify the correct Representative of the Estate of Kenneth J. Murray (Roberta Kaplan) and 2) correct the spelling of defendant Richard Wezel (previous identified as Wezeo). As grounds for this motion, the plaintiff states the following:

The plaintiff recently learned the location and identity of the correct representative of the estate in conversations with the representative's attorney, and with the individual previously identified as the estate representative, John Murray. John Murray is the brother, and only known relative, of the decedent, Kenneth Murray. We understand that Roberta Kaplan is the former wife of Kenneth Murray, their marriage having been dissolved by divorce decree prior to the loss which precipitated the instant suit. Notwithstanding the divorce, Ms. Kaplan remains the representative of the estate with the assent of Mr. John Murray.

599275v1

The plaintiff also recently learned of the correct spelling of defendant Richard Wezel, in correspondence with Mr. Wezel.

No parties will be prejudiced by the allowance of this motion as the parties are still in the earliest stages of the case, and Mr. Wezel has already waived service of the complaint.

## II. Motion for Extension of Time to Effect Service

Now comes the plaintiff, and pursuant to Rule 4(m) asks this court for an additional thirty (30) days to effect service on Roberta Kaplan as the Representative of the Estate of Kenneth Murray. As grounds for this motion, the plaintiff states that it only recently became aware of the identity of the estate representative.

Without the relief requested by this motion, the 120-day deadline for service of the complaint will expire on December 9, 2005.

We ask this court to find that the aforementioned facts constitute "good cause" as required by Rule 4(m), and ask the court to grant an additional thirty (30) days to effect service on the estate.

WHEREFORE, Plaintiff respectfully asks this court for an order:

   a) amending the complaint to correctly identify Roberta Kaplan as the Representative of the Estate of Kenneth Murray;

   b) amend the complaint to correct a mis-spelling of the name Richard Wezel (previously mis-spelled as Wezeo); and

   c) grant an additional thirty days to effect service upon Roberta Kaplan (up to and including January 8, 2006); and

   d) grant any other relief deemed necessary by this court.

THE CONTINENTAL CASUALTY COMPANY
By Its Attorneys,

_____
Lauren Motola-Davis           # 635861
Michael T. Farley             # 640593
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
Tel: (401) 331-4660   Fax: (401) 621-4660

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) 12/7/05.

599275v1