AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

THE CONTINENTAL CASUALTY
COMPANY,

V.

ESTATE OF KENNETH J. MURRAY,
JOHN J. MURRAY as Personal Representative
of the Estate of KENNETH J. MURRAY, ROBERT
BRUNISH, JOE MAZUREK, PAUL HELMLE,
and RICHARD WEZEO,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-11688 WGY

TO: Estate of Kenneth Murray
c/o John J. Murray
140 James Street
New Bedford, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael T. Farley
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE AUG 15 2005

&AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 25, 2005 |
| NAME OF SERVER (PRINT) Thomas C. Hyslop | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Estate of Kenneth Murray c/o John J. Murray, 140 James Street, New Bedford, MA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 25, 2005        Thomas C. Hyslop
              Date                   Signature of Server

92 State Street, Boston, MA 02109  7th Fl.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.