UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONTINENTAL CASUALTY COMPANY,  \*
    Plaintiff.  \*
                                 \*     C.A. NO. 05-11688 WGY
v.  \*
                                 \*
ESTATE OF KENNETH J. MURRAY,  \*
ROBERTA KAPLAN, as Personal Representative  \*
of the Estate of Kenneth J. Murray,  \*
ROBERT BURNISH, JOE MAZUREK,  \*
PAUL HELMLE, RICHARD WEZEL,  \*
    Defendants.  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the following defendants in the above-entitled action:

- THE ESTATE OF KENNETH J. MURRAY; and
- ROBERTA KAPLAN, as Personal Representative of the Estate of Kenneth J. Murray

Respectfully submitted,
The Estate of Kenneth J. Murray
and Roberta Kaplan
By their attorney,

/s/ David B. Kaplan
DAVID B. KAPLAN
**THE KAPLAN BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
B.B.O. No. 258540

Date: March 7, 2006