UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*******************************************
CONTINENTAL CASUALTY COMPANY,              *
     Plaintiff.                            *
                                           *     C.A. NO. 05-11688 WGY
v.                                         *
                                           *
ESTATE OF KENNETH J. MURRAY,               *
ROBERTA KAPLAN, as Personal Representative *
of the Estate of Kenneth J. Murray,        *
ROBERT BURNISH, JOE MAZUREK,               *
PAUL HELMLE, RICHARD WEZEL,                *
     Defendants.                           *
*******************************************
```

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for the Defendant, "ROBERTA KAPLAN, as Personal

Representative of the Estate of Kenneth J. Murray" in the above-captioned matter.


Respectfully submitted,

/s/ David B. Kaplan_____
DAVID B. KAPLAN
**THE KAPLAN BOND GROUP**
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
B.B.O. No. 258540

Date: April 17, 2006