UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
IN ADMIRALTY

THE CONTINENTAL CASUALTY COMPANY,
        Plaintiff,

Vs.                                              C.A. No. 05-11688 WGY

ESTATE OF KENNETH J. MURRAY,
ROBERTA KAPLAN as Personal Representative of the
Estate of Kenneth J. Murray, ROBERT BRUNISH,
JOE MAZUREK, PAUL HELMLE, and
RICHARD WEZEL
        Defendants.

### STIPULATION

Now come counsel for the Plaintiff and Defendants, Estate of Kenneth J. Murray, Roberta Murray as Personal Representative of the Estate of Kenneth J. Murray and hereby agree that the name of one of the defendants may be changed from Roberta Kaplan to Roberta Murray. Because of a scrivener's error, Ms. Murray had been misidentified as Roberta Kaplan.

Upon the entry of the change, Ms. Murray will be represented by the Kaplan/Bond Group. These defendants shall file their answer and counterclaims by Friday, April 21, 2006.

_____
**Attorneys for Plaintiffs,**
Lauren Motola-Davis    # 635861
Michael T. Farley       # 640593
MORRISON MAHONEY LLP
121 South Main Street, Suite 600
Providence, RI 02903-7141
(401) 621-4654    Fax: (401) 621-4660

Dated: April ___18___, 2006

_____
**Attorneys for Defendants,**
David B. Kaplan    # 258540
The Kaplan/Bond Group
Attorneys at Law and Proctors in Admiralty
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080    Fax: (617) 261-1558

**PER ORDER/ENTER:**

_____

## CERTIFICATION

I hereby certify that a copy of the within stipulation was mailed on April __18__, 2006 to:

Mr. John J. Murray
140 James Street
New Bedford, MA  02740

Mr. Robert Brunish
441 North York Street
Pottstown, PA  19464

Mr. Joe Mazurek
2006 Farmington Avenue
Pottstown, PA  19464

Mr. Paul Helmle
P.O. Box 307
Parkerford, PA  19457

Mr. Richard Wezel
977 Spring City Road
Phoenixville, PA  19460

Steven E. Goldman, Esquire
GOLDMAN & HELLMAN, P.A.
1330 Beacon Street, Suite 314
Brookline, MA  02446

David Kaplan, Esquire
Kaplan Bond Group
88 Black Falcon Ave.
Boston, MA  02210

_____

611710v1