UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
*********************************
CONTINENTAL CASUALTY COMPANY,          *
    Plaintiff/Defendant in Counterclaim, *
                                        *    C.A. NO. 05-11688 WGY
v.                                      *
                                        *
ESTATE OF KENNETH J. MURRAY, and        *
ROBERTA MURRAY, as Personal Representative *
of the Estate of Kenneth J. Murray,     *
    Defendants/Plaintiffs in Counterclaim, and *
                                        *
ROBERT BURNISH, JOE MAZUREK,            *
PAUL HELMLE, RICHARD WEZEL,             *
    Defendants.                         *
*********************************
```

## DEFENDANTS' LR 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3) we certify that we have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                             For Herself and
                                             The Estate of Kenneth J. Murray

*/s/ David B. Kaplan*                        */s/ Roberta Murray*
DAVID B. KAPLAN                              Roberta Murray
THE KAPLAN/BOND GROUP                        20 Whalers Way
88 Black Falcon Avenue, Suite 301            North Dartmouth, MA 02747
Boston, MA 02210
(617) 261-0080
BBO# 258540

Date: April 28, 2006