UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CONTINENTAL CASUALTY COMPANY,           \*
    Plaintiff/Defendant in Counterclaim,   \*
                                            \*   C.A. NO. 05-11688 WGY
v.                                      \*
                                            \*
ESTATE OF KENNETH J. MURRAY, and        \*
ROBERTA MURRAY, as Personal Representative \*
of the Estate of Kenneth J. Murray,     \*
    Defendants/Plaintiffs in Counterclaim, and \*
                                            \*
ROBERT BURNISH, JOE MAZUREK,            \*
PAUL HELMLE, RICHARD WEZEL,             \*
    Defendants.                             \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **STIPULATION OF DISMISSAL**

Pursuant to the provisions of Fed.R.Civ.P. 41(A)(1)(i), the plaintiff in the above-entitled action respectfully requests this court dismiss the following defendants with prejudice and without costs:

1. ROBERT BRUNISH;

2. PAUL HELMLE;

3. RICHARD WEZEL; and

4. JOE MAZUREK

Pursuant to the provisions of Fed.R.Civ.P. 41(a)(1)(ii) and 41(c), the plaintiff and the following defendants hereby stipulate and respectfully request that this action be dismissed, as between them, in its entirety, with prejudice, without costs and waiving all rights to appeal:

1. ESTATE OF KENNETH J. MURRAY; and

2. ROBERTA MURRAY, as Personal Representative of the Estate of Kenneth J. Murray

Respectfully submitted,

| For Plaintiff/Defendant in Counterclaim, | For the Defendants/Plaintiffs in |
| --- | --- |
| CONTINENTAL CASUALTY COMPANY, | Counterclaim, ESTATE OF KENNETH J. MURRAY, and ROBERTA MURRAY |
| By its Attorneys, | By their attorney, |
| /s/ Michael T. Farley_____ | /s/ David B. Kaplan_____ |
| LAUREN MOTOLA-DAVIS | DAVID B. KAPLAN |
| B.B.O. No. 638561 | B.B.O. No. 258540 |
| MICHAEL T. FARLEY | **THE KAPLAN/BOND GROUP** |
| B.B.O. No. 640593 | 88 Black Falcon Avenue, Suite 301 |
| **MORRISON MAHONEY, LLP** | Boston, MA 02210 |
| One Providence Washington Plaza, 6th Floor | (617) 261-0080 |
| Providence, RI 02903 | |
| (401) 331-4660 | |

Date: August 10, 2006
I hereby certify that this document was served via ECF on August 17, 2006.
/s/ Michael T. Farley